MAGISTRATE JUDGE

MAR 13 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT...

06-CR-05176-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KATHRYN E. LINDSAY,

Defendant.

Case No. CR06-5176

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information against KATHRYN E. LINDSAY, defendant.

DATED this 10th day of March, 2006.

Respectfully submitted,

JOHN McKAY
United States Attorney

*/s/ Kenneth Tyndal*
KENNETH TYNDAL
Special Assistant United States Attorney

ORDER FOR DISMISSAL
United States vs. KATHRYN E. LINDSAY, CR 06-5176
Page 1

Special Assistant U.S. Attorney
Post Office Box 33695
Fort Lewis, Washington 98433-0695
(253) 967-0796 – (253) 967-0140 (Fax)

1  Leave of Court is GRANTED for the filing of the foregoing dismissal.

2  DATED this _13th_ day of _March_, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL
United States vs. KATHRYN E. LINDSAY, CR 06-5176
Page 2

Special Assistant U.S. Attorney
Post Office Box 33695
Fort Lewis, Washington 98433-0695
(253) 967-0796 – (253) 967-0140 (Fax)